UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| CARLA ELIZABETH KOWALSKI, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | 3:11-cv-00504-LRH-VPC <br><br> O R D E R |

     Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#20[1]) entered on June 12, 2012, recommending denying Plaintiff's Motion for Remand (#14) filed on January 12, 2012, and granting Defendant's Cross-motion for Summary Judgment (#16) filed on February 13, 2012. Plaintiff filed her Objections to Magistrate Judge's Report and Recommendation (#23) on July 27, 2012. Defendant filed his Response to Plaintiff's Objections to Magistrate Judge's Report and Recommendations (#24) on August 9, 2012. This action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and LR IB 1-4 of the Local Rules of Practice of the United States District Court for the District of Nevada.

     The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, Defendant's response, the pleadings and memoranda of the parties and other relevant matters

---

[1] Refers to court's docket number.

of record pursuant to 28 U.S.C. § 636 (b) (1) and Local Rule IB 3-2.  The Court determines that the Magistrate Judge's Report and Recommendation (#20) entered on June 12, 2012, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#20) entered on June 12, 2012, is ADOPTED AND ACCEPTED, and Plaintiff's Motion to Remand (#14) is DENIED.

IT IS FURTHER ORDERED that Defendant's Cross-motion for Summary Judgment (#16) is GRANTED.

IT IS SO ORDERED.

DATED this 7th day of November, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE